UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SAUL REED                                          CIVIL ACTION

VERSUS                                             NUMBER: 16-12666

RECEIVABLE RECOVERY SERVICES, LLC                  SECTION: "F"

**J U D G M E N T**

In accordance with the Court's Order and Reasons filed on April 19, 2017, record document number 35,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant Receivable Recovery Services, LLC and against plaintiff Saul Reed, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 25th day of April 2017.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE