UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAUL REED, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:16-cv-12666 |
| ) | |
| v. ) | Judge: Martin L.C. Feldman |
| ) | |
| RECEIVABLE RECOVERY ) | Magistrate Judge: Joseph C. Wilkinson |
| SERVICES, LLC, ) | |
| ) | Section: "F" |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that SAUL REED ("Plaintiff"), in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order granting the Motion for Summary Judgment filed by RECEIVABLE RECOVERY SERVICES, LLC ("Defendant") entered in this action on the 19th day of April, 2017. Doc. 35.

The party taking the appeal shall be: Saul Reed, the Plaintiff.

The Judgment being appealed appears in the court record as R. Doc. 35, entered on April 19, 2017, and R. Doc. 36, entered on April 25, 2017, which dismissed this matter on summary judgment.

The appeal will be taken to the United States Court of Appeals for the Fifth Circuit.

Dated: May 17, 2017                    Respectfully submitted,

                                       */s/ Samuel J. Ford*
                                       Samuel J. Ford, Esq. #36081, T.A.
                                       Scott, Vicknair, Hair & Checki, LLC
                                       909 Poydras St., Ste. 1100
                                       New Orleans, LA 70112
                                       ford@svhclaw.com
                                       Phone: (504) 684-5200
                                       Fax: (504) 613-6351
                                       Attorney for Plaintiff